# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0224.  COURTNEY FULLER v. THE CITY OF BYRON.**

Courtney Fuller was convicted of possession of marijuana in the City of Byron municipal court. Fuller filed this application for discretionary appeal to challenge his conviction. We lack jurisdiction.

As a general rule, the ruling of a municipal court must be appealed – either directly or by certiorari – to the superior court. See OCGA § 5-4-3 (petition for certiorari to superior court); OCGA § 40-13-28 (defendant convicted of traffic offense has right of appeal to superior court). If the party is then aggrieved by the decision of the superior court, an application for discretionary appeal may be filed in this Court. See OCGA § 5-6-34 (a) (1).

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988). Accordingly, this application is hereby TRANSFERRED to the Peach County superior court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/15/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*